UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOI NGUYEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DURHAM SCHOOL SERVICES, L.P., a Delaware Limited Partnership; and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No. 8:18-cv-01825-AG-DFM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>[Removed from Orange County Superior Court, Case No. 30-2018-01016776-CU-OE-CJC]<br><br>Compl. Filed:　September 7, 2018<br>Trial Date:　　December 10, 2019 |

## **ORDER**

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party will bear its owns fees and costs.

**IT IS SO ORDERED:**

Date: August 7, 2019

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Hon. Andrew Guilford
　　　　　　　　　　　　　　United States District Judge